FILED'08 MAY 22 14:19 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRENDA S. DOBSON,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.

Civil No. 04-1365-MA

JUDGMENT

Based on the record and the Order on Remand filed herewith,

IT IS ORDERED that this action is dismissed.

DATED this __22__ day of __May__, 2008.

_____
Malcolm F. Marsh
United States District Judge

1 - JUDGMENT