FILED'08 MAY 22 14:19 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**BRENDA S. DOBSON,**                                        CV. 04-1365-MA; USCA 05-36212
                           Plaintiff,

v.                                                             ORDER AWARDING EAJA
                                                               ATTORNEY FEES AND COSTS
**MICHAEL J. ASTRUE,**
Commissioner of Social Security,
                           Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7499.99 plus costs in the amount of $405.00, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this 22 day of May, 2008.

                                              /s/ Malcolm F. Marsh
                                              United States District Judge

PRESENTED BY:
s/Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Brenda S. Dobson

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES AND COSTS
          DOBSON v. ASTRUE, CV. 04-1365-MA; USCA 05-36212